UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER S. MUTKOSKI, <br><br> Plaintiff, <br><br> v. <br><br> RELEVATE HEALTH MANAGEMENT, LLC, <br><br> Defendant. | Civil Action No: 1:23-cv-11785-JGD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher S. Mutkoski and Defendant Relevate Health Management, LLC, by their attorneys, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be Dismissed, with prejudice, and without costs.

Dated: February 6, 2025

| RELEVATE HEALTH MANAGEMENT, LLC, | CHRISTOPHER S. MUTKOSKI, |
|---|---|
| By its attorneys, | By his attorneys, |
| */s/* David R. Michaeli <br> William M. Regan (admitted *pro hac vice*) <br> David R. Michaeli (admitted *pro hac vice*) <br> Matthew Ducharme (admitted *pro hac vice*) <br> HOGAN LOVELLS US LLP <br> 390 Madison Avenue <br> New York, NY 10017 <br> Tel: (212) 918-3000 <br> Fax: (212) 918-3100 <br> william.regan@hoganlovells.com <br> david.michaeli@hoganlovells.com <br> matt.ducharme@hoganlovells.com | /s/ Jennifer L. Chunias <br> Jennifer L. Chunias (BBO# 644980) <br> Dylan E. Schweers (BBO# 698461) <br> Emily S. Unger (BBO# 691502) <br> GOODWIN PROCTER LLP <br> 100 Northern Avenue <br> Boston, Massachusetts 02210 <br> Tel.: 617.570.1000 <br> Fax.: 617.523.1231 <br> JChunias@goodwinlaw.com <br> DSchweers@goodwinlaw.com <br> EUnger@goodwinlaw.com |

## **CERTIFICATE OF SERVICE**

      I, Jennifer L. Chunias, hereby certify that on this 6th day in February, 2025, I caused the foregoing document to be filed through the ECF system and to be sent to the registered participants as identified on the Notice of Electronic Filing, and caused copies of the aforementioned document to be served via electronic mail upon any non-CM/ECF participants.

                                                                       */s/* Jennifer L. Chunias
                                                                       Jennifer L. Chunias